# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSHUA HARRIS,<br>on behalf of Plaintiff and the class<br>members described herein,<br><br>              Plaintiff,<br><br>v.<br><br>WLCC LENDING FHC d/b/a<br>FOX HILLS CASH;<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION;<br>GENEVA LONE HILL;<br>BRET A. CRANDALL III;<br>RAYCEN RAINES, III, also known as<br>RAYCEN AMERICAN HORSE RAINES<br>and formerly known as RAYCEN<br>BALLARD; and JOHN DOES 1-20,<br><br>              Defendants. | Case No.: 1:23-cv-03149<br><br>Honorable Sharon Johnson Coleman |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Joshua Harris ("Plaintiff") and Defendants WLCC Lending FHC ("FHC"), Wakpamni Lake Community Corporation ("WLCC"), Geneva Lone Hill, Bret A. Crandall III, and Raycen Raines, III hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice, and without prejudice as to the claims of the putative classes, with each party to bear their own costs.

| | |
|---|---|
| Dated: September 13, 2023 | Respectfully submitted, |
| /s/ Matthew J. Goldstein<br>Matthew J. Goldstein<br>Daniel A. Edelman<br>Tara L. Goodwin<br>Dulijaza (Julie) Clark<br>EDELMAN, COMBS, LATTURNER<br>& GOODWIN, LLC<br>20 South Clark Street, Suite 1500<br>Chicago, IL 60603-1824 | /s/ Punit K. Marwaha<br>Punit K. Marwaha (ARDC #6307990)<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>227 W. Monroe Street, Suite 3900<br>Chicago, Illinois 60606<br>(312) 759-5949<br>punit.marwaha@troutman.com<br><br>*Counsel for Defendants* |

1

(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service:
courtecl@edcombs.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Wednesday, September 13, 2023, I caused a true and accurate copy of the foregoing document to be filed via the court's CM/ECF online system, which sent notice via email to all counsel of record.

                                                                   */s/Matthew Goldstein*
                                                                   Matthew Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com